No. 79–6180.   RAYSOR v. STERN, ADMINISTRATOR, NEW YORK STATE COMMISSION ON JUDICIAL CONDUCT, ET AL., 446 U. S. 942; and

No. 81–5333.   RAYSOR v. GABBEY ET AL., 454 U. S. 1100. Motion for leave to file petition for rehearing denied.

JUNE 17, 1982

No. A–1086.   ASSARSSON v. UNITED STATES.   Application for stay of extradition and bail, presented to JUSTICE STEVENS, and by him referred to the Court, denied.   JUSTICE REHNQUIST took no part in the consideration or decision of this application.

JUNE 21, 1982

No. 81–1589.   HUNT v. COLLINS.   Appeal from Sup. Ct. Ga. dismissed for want of properly presented federal question.

No. 81–1999.   SEYMOUR NATIONAL BANK, AS GUARDIAN FOR O'SULLIVAN, ET AL. v. INDIANA.   Appeal from Sup. Ct. Ind. dismissed for want of substantial federal question.